IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF AT&T COMMUNICATION WIRELESS CELLULAR TELEPHONE ASSIGNED CALL NUMBER **980-621-9658** WITH INTERNATIONAL MOBILE SUBSCRIBER IDENTITY (IMSI) **310410897262576**<br><br>("Target Cellular Device") | Case No. 3:16-mj-311<br><br>**ORDER TO UNSEAL SEARCH WARRANTS, AFFIDAVIT AND APPLICATION** |

**ORDER TO SEAL**

UPON MOTION of the United States of America, by and through **Jill Westmoreland Rose**, United States Attorney for the Western District of North Carolina, for an order directing that the Search Warrants, Affidavit, and Application in the above-captioned case be unsealed; and

IT APPEARING TO THE COURT that there no longer exists any danger to the attendant investigation in this case;

NOW, THEREFORE, IT IS ORDERED that the Search Warrants, Affidavit, and Application in the above-captioned case be unsealed.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This 30th day of November, 2016.

_____
HON. DAVID KEESLER
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF NORTH CAROLINA